**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SEAN KELLY AND SHANNON KELLY AS NEXT FRIENDS OF C.K., MINOR, <br><br>*Plaintiffs,*<br><br>V.<br><br>ALLEN INDEPENDENT SCHOOL DISTRICT, MARK R. HUTSON, JENNIFER D. HUTSON INDIVIDUALLY AND AS NEXT FRIEND OF B.H., A MINOR,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | CASE NO. 4:12cv756<br>Judge Clark/Judge Mazzant |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 21, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Hutson Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction [Doc. #12] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Hutson Defendants' Motion to Dismiss for Lack of

Subject-Matter Jurisdiction [Doc. #12] is **DENIED.**

So **ORDERED** and **SIGNED** on July  21 , 2013.

_____
Ron Clark, United States District Judge